WANNAMAKER, Respondent, *v.* CITY OF ROCHESTER, Appellant.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Order appealed from reversed, with costs, on authority of the case of *Agar* v. *Tibbetts,* 9 N. Y. Supp. 591.

---

REDMOND, Respondent, *v.* ATWOOD, Appellant.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Judgment and order appealed from affirmed.

---

SHAW, Appellant, *v.* BROADBENT, Respondent.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Judgment appealed from affirmed, with costs on opinion of this court in same case, reported in 7 N. Y. Supp. 293.

---

WARD *et al.,* Respondents, *v.* MATTHEWS *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

VICKARY, Respondent, *v.* STREETER, Appellant.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Order appealed from reversed.

CORLETT, J., not sitting.

---

EDWARDS, Plaintiff, *v.* WOODS, Defendant.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Motion for a new trial denied, with costs, and judgment ordered for plaintiff on the verdict.

DWIGHT, P. J., not sitting.

---

PEOPLE *ex rel.* LICHTENSTEIN, Appellant, *v.* KEELER, Police Justice, *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Order appealed from affirmed, with costs.

---

SCHOELLKOPF, Appellant, *v.* GLUCK, Respondent.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Order appealed from vacating attachment affirmed, with $10 costs and disbursements.

---

DUFUR, Respondent, *v.* VANDERGRIFT, Appellant.

*(Supreme Court, General Term, Fifth Department.* March Term, 1891.)

No opinion. Order appealed from reversed, and the motion granted on the payment to the plaintiff of $10 costs of opposing the motion at special term.